NDFL Prob 35                Report and Order Terminating Probation/
(1/92)                          Supervised Release
                              Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

      V                                            Crim. No. 3:10cr84/LAC

Alexander Brenden Packer

On May 9, 2008, the above-named was placed on Probation for a period of five years. He has complied with the rules and regulations of Probation and is no longer in need of Probation. It is accordingly recommended that Alexander Brenden Packer be discharged from Probation.

Respectfully submitted,

_____
Brian S. Davis
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this **26th** day of **October**, 2010.

_____
Lacey A. Collier
Senior United States District Judge